UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 3512<br><br>Request from Romania for Assistance in a Criminal Matter: CH | No. 18 CV 1813<br><br>Hon. Manish S. Shah |

ORDER OF APPOINTMENT

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing Kaarina Salovaara, Assistant U.S. Attorney, Office of the United States Attorney (or a substitute or successor subsequently designated by the Office of United States Attorney), as a commissioner to execute the above-captioned request from the Republic of Romania (hereinafter, the "Request") by collecting evidence for use in a criminal investigation, prosecution, or proceeding in the Republic of Romania (hereinafter, "Romania"), and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512, that Kaarina Salovaara, Assistant U.S. Attorney (or a substitute or successor designated by the Office of the United States Attorney) is appointed as a commissioner of this Court (hereinafter, the "commissioner") and hereby directed to execute the Request and any supplemental requests, and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

1. may issue commissioner subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in Romania for which the Prosecutor's Office attached to the Local Court of Sector 4 Bucharest has requested assistance, which may be specified in the Request or provided by, or with the approval of, the Romanian Ministry of Justice;

3. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Romania who, as authorized or directed by the commissioner, may direct questions to any witness;

4. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected; and

5. shall certify and transmit the evidence collected to the Office of International Affairs, which will transmit it to Romania.

 

_____
MANISH S. SHAH
United States District Judge

Date: March 15, 2018

Case: 1:18-cv-01813 Document #: 3 Filed: 03/15/18 Page 3 of 3 PageID #:15